UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                  No.21 Crim. 415 (LTS)

CARLOS SOLANO,

                    Defendant(s).

------------------------------------------------------------X

## ORDER

It is hereby Ordered that the Warden of the Essex County Jail provide Mr Solano with his second dose of the Morderna vaccine on or before August 3, 2021.

Dated: New York, New York
       July 28, 2021

LAURA TAYLOR SWAIN
United States District Judge

CR Order.FRM     version 12/3/09