**PETER J. BATALLA, JR.**

ATTORNEY AT LAW
888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA.LAW@VERIZON.NET

November 15, 2021

Honorable Chief Judge Laura Taylor Swain
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

   Re: **United States vs. Carlos Jesus Solano**
      **Case # 21-CR-00415-LTS**

Dear Hon. Chief Judge Laura Taylor Swain:

  I am the attorney for Defendant, Carlos Jesus Solano. This matter is next scheduled before your honor on November 29, 2021, for pre-trial conference. My office is continuing plea discussions with the government but needs more time to finalize a proposed disposition. Toward this end, I am respectfully requesting an adjournment to January 12, 2021, at 10:30 a.m., which I believe it is a good date for all parties.

  The government does not object to this request.

                Respectfully submitted,

                Peter J. Batalla

cc: AUSA Camille Latoya Fletcher

Application granted to the extent that the pretrial conference currently scheduled for November 29, 2021, at 11:30 a.m., is now adjourned to January 12, 2022, at 10:30 a.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through January 12, 2022, outweigh the best interests of the public and the defendant in a speedy trial in order to permit the parties to continue discussing a potential pretrial disposition. This resolves D.E. #16.

SO ORDERED.
Dated: November 16, 2021
/s/ Laura Taylor Swain, Chief USDJ