

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2022

**BY ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Solano*, 21 Cr. 415 (LTS)

Dear Judge Swain,

    The parties write to request an adjournment of the status conference scheduled for January 12, 2022, in the above referenced matter. The parties need additional time to discuss a possible resolution of this matter. Accordingly, the parties request that the conference be adjourned to February 9, 2022 at 2:30 p.m. The Government requests, and the defense consents, that time be excluded to the date of the next conference.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:   Camille L. Fletcher
    Camille L. Fletcher
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2383

cc: Peter Batalla, Esq. (via Email and ECF)

The foregoing adjournment request is granted. The conference is hereby rescheduled for February 9, 2022, at 2:30 p.m. The Court finds pursuant to 18 USC section 3161(h)(70)(A) that the ends of justice served by an exclusion from today's date through February 9, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry no. 18 is resolved. SO ORDERED.
1/5/2022
/s/ Laura Taylor Swain, Chief USDJ