UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-

CARLOS SOLANO

               Defendant.

-------------------------------------------------------x

No. 21-CR-415-LTS

## ORDER

The sentencing hearing in this case is scheduled to proceed on **July 26, 2022, 11:00 p.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

    SO ORDERED.

Dated: New York, New York  
       July 26, 2022

                                             /s/ Laura Taylor Swain_____  
                                             LAURA TAYLOR SWAIN  
                                             Chief United States District Judge