UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA                :

                                    :

         -v-                               :            21 Cr. 415 (JPC)

                                    :

CARLOS JESUS SOLANO,                :              ORDER

                                    :

                   Defendant.         :

                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case was transferred to the undersigned on March 18, 2026.  *See* Notice of Case

Reassignment, Mar. 18, 2026; *see also* Dkt. 39.  By April 1, 2026, the parties shall file a joint

letter proposing next steps with respect to Defendant's pending violation of supervised release

petition.

      The Clerk of Court is respectfully directed to close Docket Number 39.

      SO ORDERED.

Dated: March 25, 2026
      New York, New York                                _____
                                         JOHN P. CRONAN
                                  United States District Judge